UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES D. MATTINGLY,

                           Plaintiff,

              -against-

CARES CAPITAL, et al.,

                           Defendants.

CIVIL ACTION NO.: 25 Civ. 7745 (DEH) (SLC)

**ORDER OF SERVICE**

**SARAH L. CAVE**, United States Magistrate Judge:

On February 26, 2026, Plaintiff, who is proceeding pro se, filed an Amended Complaint adding American Jet Financial as a Defendant in this action.  (Dkt. No. 13).

The Clerk of Court is respectfully directed to issue summonses as to Defendants Cares Capital, David Levy, Avi Cohen, and American Jet Financial.  Plaintiff is directed to serve the summons and Amended Complaint on each Defendant within 90 days of the filing of the Amended Complaint, which is **May 27, 2026**.

If, within those 90 days, Plaintiff neither served Defendants nor requested an extension of time to do so, the Court may dismiss the claims against Defendants under Federal Rules of Civil Procedure 4 and 41 for failure to prosecute.

Plaintiff may receive court documents by email by completing the attached form, Consent to Electronic Service.[1]

SO ORDERED.

Dated:    February 27, 2026
          New York, New York

_____
SARAH L. CAVE
United States Magistrate Judge

---

[1] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.