UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES D. MATTINGLY,

Plaintiff,

-against-

CARES CAPITAL, et al.,

Defendants.

CIVIL ACTION NO.: 25 Civ. 7745 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge:

On September 17, 2026, Plaintiff, who is proceeding pro se, filed the Complaint.  (Dkt. No. 1).  On February 26, 2026, before serving the Complaint, Plaintiff filed an Amended Complaint adding American Jet Financial as a Defendant in this action.  (Dkt. No. 13).  On February 27, 2026, the Court directed Plaintiff to serve the summons and Amended Complaint within 90 days.  (Dkt. No. 14).  That same day, the Clerk of Court issued a summons, but before Plaintiff served the Amended Complaint, he filed a Second Amended Complaint ("SAC"), which the Court construes as a motion seeking leave to file the SAC.  (Dkt. No. 16).  The Court has reviewed the SAC in comparison to the Amended Complaint and concludes that Plaintiff has neither modified the parties nor the allegations in the Amended Complaint.  Accordingly, Plaintiff's motion seeking leave to amend is DENIED.  The Amended Complaint at Dkt. No. 13 shall remain the operative complaint.

Plaintiff is reminded that he must serve the summons and Amended Complaint on Defendants by **May 27, 2026.**  (<u>See</u> Dkt. No. 14).

Dated:　April 6, 2026
　　　　New York, New York

_____
**SARAH L. CAVE**
**United States Magistrate Judge**