UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLES D. MATTINGLY,

                      Plaintiff,

          -against-

CARES CAPITAL, <u>et al.</u>,

                     Defendants.

CIVIL ACTION NO.: 25 Civ. 7745 (DEH) (SLC)

**ORDER**

---

**SARAH L. CAVE**, United States Magistrate Judge:

The Court is in receipt of Plaintiff's Second Amended Complaint adding Citi Bank as a defendant. (Dkt. No. 18 (the "SAC")). The Court construes the SAC as a motion seeking leave to file the SAC. (Dkt. No. 18). Plaintiff's motion seeking leave to file the SAC is GRANTED; however, the Court will not consider any further amendments to the SAC before Plaintiff serves the summons and SAC on Defendants. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff must serve the SAC on Defendants by **July 7, 2026**. If Plaintiff fails to serve Defendants by July 7, 2026, the Court may dismiss the claims against Defendants under Federal Rules of Civil Procedure 4 and 41 for failure to prosecute.

The Clerk of Court is respectfully directed to issue summonses as to Cares Capital, David Levy, Avi Cohen, American Jet Financial, and Citi Bank.

Dated:    April 9, 2026
            New York, New York

_____
SARAH L. CAVE
United States Magistrate Judge