UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES D. MATTINGLY,<br><br>               Plaintiff,<br><br>     -against-<br><br>CARES CAPITAL, <u>et</u> <u>al.</u>,<br><br>              Defendants. | CIVIL ACTION NO.: 25 Civ. 7745 (DEH) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial management and report and recommendations on dispositive motions.  (Dkt. No. 5).  Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Defendant Citi Bank to respond to the Second Amended Complaint (the "SAC") (Dkt. No. 18) was June 10, 2026.  (Dkt. No. 21).  To date, Defendant Citi Bank has not responded to the SAC.  As a one-time courtesy, the Court <u>sua</u> <u>sponte</u> **EXTENDS** the deadline for Defendant Citi Bank to respond to the SAC up to and including **Friday, July 10, 2026**.

Defendant Citi Bank is warned that failure to answer, move, or otherwise respond to the SAC by **July 10, 2026**, may result in the Court permitting Plaintiff to initiate default proceedings.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff's

address on the docket.

Dated:       New York, New York
             June 11, 2026

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**