UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES D. MATTINGLY,

Plaintiff,

-against-

CARES CAPITAL, et al.,

Defendants.

CIVIL ACTION NO.: 25 Civ. 7745 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial management and report and recommendations on dispositive motions. (Dkt. No. 5). Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Plaintiff Charles D. Mattingly ("Mr. Mattingly") was required to serve both a summons and the Second Amended Complaint (the "SAC") on Defendants Cares Capital ("Cares"), American Jet Financial ("American"), David Levy, and Avi Cohen (together, the "Unserved Defendants") by July 7, 2026. See Fed. R. Civ. P. 4(m). To date, Plaintiff has not filed the required proof of service.[1] As a one-time courtesy, the Court sua sponte **EXTENDS** Plaintiff's deadline to file proof of service of the summons and SAC on the Unserved Defendants to **July 23, 2026**.

Plaintiff is warned that failure to file proof of service of the summons and Complaint on Defendant by **July 23, 2026** may result in the undersigned recommending that the Court dismiss Plaintiff's claims against the Unserved Defendants for failure to prosecute.

[1] On June 5, 2026, Mr. Mattingly filed two affirmations showing that service on Cares and American was unsuccessfully attempted at incorrect addresses. (Dkt. Nos. 22–23).

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff's address on the docket.

Dated: New York, New York
July 9, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**