UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES D. MATTINGLY,<br><br>Plaintiff,<br><br>-against-<br><br>CARES CAPITAL, et al.,<br><br>Defendants. | CIVIL ACTION NO.: 25 Civ. 7745 (DEH) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On September 17, 2025, Plaintiff Charles D. Mattingly ("Mr. Mattingly"), who is proceeding pro se, filed his first complaint. (Dkt. No. 1 (the "Complaint")). On February 26, 2026, before serving the Complaint, Mr. Mattingly filed an amended complaint. (Dkt. No. 13 (the "FAC")). On April 2, 2026, before serving the FAC, Mr. Mattingly filed a second amended complaint. (Dkt. No. 16 (the "SAC")). The Court construed Mr. Mattingly's filing of the SAC as a motion seeking leave to file the SAC, which the Court denied. (Dkt. No. 17). The FAC, therefore, remained the operative pleading. (Id.)

On April 7, 2026, Mr. Mattingly filed another "Second Amended Complaint," adding Citi Bank N.A. ("Citi Bank") as a Defendant. (Dkt. No. 18 (the "TAC")). On April 9, 2026, the Court ordered that the TAC would now be the operative pleading in this case and ordered Mr. Mattingly to serve the TAC on all Defendants, including Citi Bank, by July 7, 2026. (Dkt. No. 19).

On June 1, 2026, Mr. Mattingly filed an affirmation of service showing that a document entitled "Second Amended Complaint" was served on Citi Bank on May 20, 2026. (Dkt. No. 21 (the "AoS")). The AoS does not note whether Citi Bank was served with the SAC or

the TAC. (Id.) Citi Bank has not responded to the TAC or otherwise appeared in this action to date. (See Dkt. No. 24).

Accordingly, by **July 22, 2026**, Mr. Mattingly shall file a letter (the "July 22, 2026 Letter") confirming whether Citi Bank was served with the TAC, and if not, file proof of service.

The Court further notes that the email address that Mr. Mattingly lists in his electronic service consent form, (Dkt. No. 8), kim@kclenterprises.net, does not match the email address Mr. Mattingly refers to in his other filings (Charlie@kclenterprises.net). (Dkt. Nos. 6 at 1; 18 at 3). Accordingly, in the July 22, 2026 Letter, Mr. Mattingly shall provide the email address by which he receives electronic communications.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Mr. Mattingly's address on the docket.

Dated: New York, New York
July 15, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**