UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES D. MATTINGLY,

Plaintiff,

-against-

CARES CAPITAL, et al.,

Defendants.

CIVIL ACTION NO.: 25 Civ. 7745 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Plaintiff Charles D. Mattingly ("Mr. Mattingly") was required to serve both a summons and the operative Third Amended Complaint, (Dkt. No. 18 (the "Operative Complaint")), by July 7, 2026, on Defendants Cares Capital ("Cares"), American Jet Financial ("American"), David Levy, and Avi Cohen (together, the "Unserved Defendants"). See Fed. R. Civ. P. 4(m). On July 9, 2026, as Mr. Mattingly did not file the required proof of service, the Court sua sponte extended this deadline to July 23, 2026. (Dkt. No. 25). To date, Mr. Mattingly has not filed the proof of service.

On July 15, 2026, the Court separately ordered Mr. Mattingly to file a letter by July 22, 2026 (the "Letter"), clarifying: (i) whether Defendant Citi Bank N.A. ("Citi Bank", together with the Unserved Defendants, the "Defendants") was served with the Operative Complaint on June 1, 2026; and (ii) the email address by which Mr. Mattingly receives electronic communications. (Dkt. No. 26 (the "July 15, 2026 Order")). To date, Mr. Mattingly has not filed the Letter.[1]

[1] On July 17, 2026, an affidavit of service purporting to show that service was effectuated on Citi Bank was filed by process server Raed Ibrahim. (Dkt. No. 27 (the "July 17, 2026 Aff.")). The July 17, 2026 Aff., however, is identical to the affidavit Mr. Mattingly filed on June 1, 2026, (Dkt. No. 21), which the July 15, 2026 Order deemed unclear. (Dkt. No. 26).

As a final courtesy, the Court sua sponte **EXTENDS** Mr. Mattingly's deadline to both file the proof of service of the summons and the Operative Complaint on the Unserved Defendants and the Letter to **August 10, 2026**.

Mr. Mattingly is warned that failure to file the Letter and proof of service of the summons and Operative Complaint on the Unserved Defendants by **August 10, 2026** may result in the undersigned recommending that the Court dismiss Mr. Mattingly's claims against the Defendants for failure to prosecute.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Mr. Mattingly's address on the docket.

Dated: New York, New York
July 27, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**