UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES D. MATTINGLY,
Plaintiff,

v.

CARES CAPITAL, et al.,
Defendants.

25 Civ. 7745 (DEH) (SLC)

**ORDER**

DALE E. HO, United States District Judge:

In this action, Plaintiff Charles Mattingly, proceeding pro se, asserts claims including breach of contract and common law fraud. After Mr. Mattingly filed a Third Amended Complaint, Magistrate Judge Cave issued an order on April 9, 2026, directing Mr. Mattingly to serve the summons and the operative Complaint in this case within 90 days, cautioning that failure to do so could result the Court recommending dismissal of this case for failure to prosecute.[1] Mr. Mattingly failed to meet the deadline or to request an extension, but on her own initiative, on July 9, 2026, Judge Cave extended the deadline for service until July 23, 2026, warning again that failure to meet the service deadline could result in dismissal for failure to prosecute.[2] After Mr. Mattingly failed to meet that deadline, Judge Cave, "as a final courtesy," again extended the deadline for service, this time until August 10, 2026, again warning that failure to meet the deadline could result in dismissal for failure to prosecute.[3] Mr. Mattingly failed to meet that deadline as well.

[1] *See* Order, April 9, 2026, ECF No. 19. This scheduling order followed at least two previous analogous orders containing the same warning regarding dismissal for failure to prosecute. *See* ECF Nos. 7, 14.

[2] *See* Order, July 9, 2026, ECF No. 25.

[3] *See* Order, July 27, 2026, ECF No. 28.

Accordingly, on September 25, 2026, Judge Cave issued a Report and Recommendation (the "Report"), recounting the procedural history of this case in more detail, including a few filings from Mr. Mattingly that did not adequately address his failure to effectuate service of the operative Complaint, and recommending that this case be dismissed for failure to prosecute.[4] The deadline to file objections to the Report was October 17, 2026. As of the date of this Order, Mr. Mattingly has not filed any objections to the Report or a request for an extension of the deadlines to object to it.

In reviewing a magistrate judge's report and recommendation, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."[5] "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record."[6] The Court has reviewed the Report and has found no error, clear or otherwise.

It is hereby **ORDERED** that the Report be **ADOPTED IN FULL**. As set forth in the Report, Mr. Mattingly failed to effectuate service in a timely manner, despite numerous extensions granted by the Court.[7] Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

---

[4] *See* ECF No. 29.

[5] 28 U.S.C. § 636(b)(1)(C).

[6] *Kuan v. Notoriety Grp. LLC*, No. 22 Civ. 1583, 2023 WL 3936749, at *1 (S.D.N.Y. June 9, 2023).

[7] *See* Report at 5-6.

The Clerk of Court is respectfully requested to mail a copy of this Order to Mr. Mattingly at his address listed on the docket, to note service on the docket, and to close this case.

SO ORDERED.

Dated: October 21, 2026
New York, New York

DALE E. HO
United States District Judge